UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:15-MJ-1376 |
| | § | |
| LAURA RAMOS-GONZALES | § | |

## ORDER DETAINING MATERIAL WITNESSES

Material Witnesses Raunel Hernandez-Albarran and Leonardo Lopez-Jimenez appeared in open court with counsel and a hearing was held pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Testimony from a Border Patrol Agent revealed that both material witnesses had previously been deported or removed, and if released on bond, the witnesses would be immediately deported and unavailable for trial or deposition. Accordingly, the Government's motion for detention is **GRANTED**.

The material witnesses are committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The material witnesses shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the material witness to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 8th day of October, 2015.

                                                                          _____
                                                                                      Jason B. Libby
                                                                        United States Magistrate Judge